**DENIED and Opinion Filed November 21, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-19-01200-CV**

**IN RE CANDACE BELL, Relator**

**Original Proceeding from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-15-12975**

## MEMORANDUM OPINION

Before Justices Whitehill, Partida-Kipness, and Pedersen
Opinion by Justice Whitehill

Before the court is relator's petition for writ of mandamus. Entitlement to mandamus relief requires relator to show both that the trial court has clearly abused its discretion and that relators have no adequate appellate remedy. *In re Prudential Ins. Co. of Am.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). After reviewing the petition for writ of mandamus and the applicable law, we conclude relator has not shown she is entitled to the relief requested. Accordingly, we deny relator's petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a) (the court must deny the petition if the court determines relator is not entitled to the relief sought).

/Bill Whitehill/
BILL WHITEHILL
191200F.P05                                    JUSTICE